# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  APPOINTMENT TO : No. 62
: 
PENNSYLVANIA LAWYERS FUND : CLIENT SECURITY APPOINTMENT
: DOCKET
FOR CLIENT SECURITY BOARD :

# O R D E R

**PER CURIAM:**

AND NOW, this 26th day of May, 2015, John A. Barbour, Esquire, Allegheny County, is hereby appointed as a member of the Pennsylvania Lawyers Fund for Client Security Board for a term expiring April 1, 2018.